No. 3388. — González, aplte., *v.* Porto Rico Railway, Light & Power Co., apda.—C. D. San Juan, Disto. 1º. Julio 24, 1925. Daños y perjuicios. Resuelto por los fundamentos del caso No. 3387 de *Gónzález* v. *Porto Rico Railway, L. & P. Co.,* de julio 24, 1925 (pág. 573) confirmándose la sentencia apelada.

No. 3442.—Vellón, apdo., *v.* Central Pasto Viejo, Inc., aplte. — C. D. Humacao. Retracto legal. Julio 24, 1925. Examinado el escrito de la parte demandante de mayo 15, 1925 en lo que se refiere al permiso para enmendar su demanda, estudiadas las razones expuestas por ambas partes y atendidas las circunstancias que en el caso concurren, el tribunal resolvió adicionar su sentencia de mayo 4, 1925, concediendo permiso para enmendar la demanda.

No. 233.—Rodríguez, peticionario, v. Corte de Distrito de Arecibo, Hon. E. Lloreda, Juez, demandado. — *Mandamus.* Julio 28, 1925. Examinada la contestación del demandado y apareciendo de ella y del documento acompañado a la misma que se ha presentado ya una acusación por el Gran Jurado contra el peticionario por asesinato en primer grado, de acuerdo con lo resuelto en el caso de *Flores* v. *El Pueblo,* 30 D.P.R. 583, se declaró *no haber lugar* al auto.

No. 3717.—Remy, apdo., *v.* Muñoz et al., apltes. — C. D. San Juan, Disto. 2º. Julio 30, 1925. Cobro de dinero. Apareciendo que se está tramitando en la corte de distrito una exposición del caso presentada en término, a virtud de prórrogas que se concedieron si bien sin el consentimiento del apelado tampoco sin su oposición; no estando enteramente convencidos de que la presentada no pueda calificarse de una exposición del caso—cuestión además que ha sido levantada en la corte inferior—, ni pudiendo con los datos existentes resolver si se trata o nó de una apelación enteramente frívola, no ha lugar a la desestimación que se solicita.